**Order entered December 5, 2017**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-17-01064-CV

## SM ARCHITECTS, PLLC AND ROGER STEPHENS, Appellants

### V.

## AMX VETERAN SPECIALTY SERVICES, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11230**

## ORDER
Before Chief Justice Wright, Justice Francis, and Justice Stoddart

Before the Court are appellants' September 13, 2017 motion to stay, September 14, 2017 motion for extension of time to file a notice of appeal, and the parties' letter briefs addressing this Court's jurisdiction over the appeal. In its October 31, 2017 order, the trial court granted a stay of the arbitration proceeding. Accordingly, we **DENY** appellants' motion to stay as moot. On November 17, 2017, appellants filed a timely amended notice of appeal clarifying that they are appealing the trial court's order signed on October 31, 2017. Accordingly, we **DENY** as moot appellants' motion for an extension of time to file a notice of appeal.

The issue of the Court's jurisdiction is deferred to the submissions panel.  We instruct the parties to address in their briefs on the merits **both** the trial court's jurisdiction to enter the October 31, 2017 order and this Court's jurisdiction over the appeal.

Appellants' brief on the merits is due **December 27, 2017**.


/s/    CRAIG STODDART
JUSTICE